# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                        **Case No.: 6:24-cr-63-WWB-DCI**

**MUHAMAD ALMUFADA ADI**

_____

## SENTENCING MEMORANDUM AND REQUEST FOR A REASONABLE SENTENCE

The defendant, MUHAMAD ALMUFADA ADI, by and through undersigned, and pursuant to 18 U.S.C. § 3553(a), files this sentencing memorandum in support of a reasonable sentence which is not greater than necessary to comply with the purposes of sentencing enumerated in 18 U.S.C. § 3553(a)(2). As grounds in support, Mr. Adi states the following:

## PERSONAL HISTORY AND CIRCUMSTANCES

Muhamad Almufada Adi was born on January 3, 1975, in the bustling city of Damascus, Syria. His parents, Muhamad Nader and Ragdaa Al Dakkak, had been married for twelve years by the time of his birth, creating a stable and loving home for their children. Ragdaa, a devoted homemaker, never worked outside the home and dedicated her life to her family, while Muhamad Nader, a highly respected three-star general in the Syrian military, provided a luxurious lifestyle for his family.

However, their world turned upside down in 1980 when a military coup by an opposing faction resulted in the imprisonment of Muhamad Nader. For twelve

harrowing years, the family believed Nader to be dead, only to discover upon his release that he had been tortured and left with severe physical impairments, including an inability to walk or hear. Despite these challenges, the bond between father and son grew stronger over the years.  Mr. Adi has three siblings, all of whom remained in Syria. Nebras, aged 54, worked as a chef despite battling arthritis, kidney disease, and asthma. Manar, 61, and Manhal, 60, both civil engineers, also faced health challenges, including arthritis and prostate issues.

Before the coup, Mr. Adi's life was filled with luxury and security. They had their own security detail, and the family wanted for nothing. But after the coup, everything changed. Ragdaa sold family possessions to make ends meet, and they relied on a monthly allowance from her father to survive. Mr. Adi's school life became difficult as he faced bullying due to his Sunni name, and his mandatory military service was marred by religious discrimination and abuse.

In 1999, seeking better opportunities, Mr. Adi moved to Saudi Arabia. There, he built a new life, working diligently to support his family. In 2009, he married Aliaa Aldakkak, a talented woman who earned a bachelor's degree in English literature and later became a certified dental assistant in the United States. Together, they have two children, O.A. and A.A., who brought joy and hope into their lives.

In 2016, Mr. Adi and his family traveled to the United States for a work conference in Washington D.C. with plans for a short vacation in Orlando. However, a betrayal by his sponsor in Saudi Arabia left him without possessions or a home. Forced to stay in the U.S., Mr. Adi applied for asylum and worked various jobs to

2

support his family. By 2020, they purchased a condo in Orlando, providing a stable home for Aliaa and the children.

Despite the hardships, Mr. Adi maintained a positive relationship with his family. He frequently communicated with them through his nephew, Majd Gazelle, who described Mr. Adi as an upstanding citizen and a trusted individual. Mr. Adi's health, however, began to decline. Diagnosed with thalassemia anemia, arthritis, stage II kidney disease, and an enlarged prostate, he faced numerous physical challenges. Additionally, he struggled with situational depression and suicidal thoughts, seeking mental health treatment for the first time in 2023.

Mr. Adi's professional life was marked by dedication and skill. He worked as a dental lab technician at New Teeth Now in Orlando, earning a respectable wage until his arrest in this case. Despite previous employment at Conway Dental Care and West Gate Lakes Hotel, Mr. Adi faced difficulties verifying his educational and professional credentials.

Upon his release from prison, Mr. Adi will be deported to Syria, to the home where his mother and siblings still live. His family remains supportive, and he looks forward to reuniting with them, hoping for a fresh start in the land of his birth.

## REQUEST FOR A REASONABLE SENTENCE

Mr. Adi respectfully requests that this Court impose a concurrent below-guideline sentence, followed by lifetime supervised release, as "sufficient but not greater than necessary" to accomplish the purposes of sentencing.  The Sentencing Guidelines are now, of course, advisory. *United States v. Booker*, 543 U.S. 220 (2005).

Although the recommended guideline range must be considered, this Court must follow the "parsimony provision" of 18 U.S.C. §3553(a), which is the "overarching" command of the statute. *Kimbrough v. United States*, 552 U.S. 85, 128 S. Ct. 558, 570 (2007).  That provision provides that this Court "shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of [§ 3553(a)]."  Those purposes set forth in paragraph 2 are: "the need for the sentence imposed (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner." 18 U.S.C. § 3553(a)(2).

In making this determination, this Court must consider the nature and circumstances of the offense, the history and characteristics of the defendant, the kinds of sentences available, the guideline range and any comments thereto, the need to avoid unwarranted sentencing disparities, and the need to provide restitution to any victims. 18 U.S.C. § 3553(a).

### A.   The Nature and Circumstances of the Offense and the History and Characteristics of Mr. Adi [18 U.S.C. § 3553(a)(1)]

The history and characteristics of Mr. Adi, as well as the facts and circumstances of his case would justify a variance.  A concurrent below guideline

sentence would constitute a "reasonable sentence" and would not be an abuse of this Court's sentencing discretion.

The facts of this case are set forth in the PSR.  In sum, beginning in 2018, Mr. Adi began taking photo and videos of his young daughter in sexually explicit poses. Many of those photos were then uploaded into Dropbox or stored on other electronic devices. Additionally, Mr. Adi uploaded to his public X account (formerly Twitter) a photo of his minor daughter sitting on top of him.  Although the photos and videos depict sexual contact, there was no digital or penal penetration into the minor's vagina, as confirmed by the minor.

As noted above and in the PSR, Mr. Adi faced many challenges early in life. He was raised in a strict Muslim household where sex was never discussed.  As Mr. Adi described, "it was forbidden to look at your own penis in the shower.  If you touch yourself, that means the devil touched you, and each time you use the restroom, you must pray to relieve yourself from evil things."  When Mr. Adi was a senior in high school, he first learned about sex, and in the following years, he was introduced to pornography and became addicted.  It was this addiction and his eventual disassociation with the Muslim faith that obstructed his religious upbringing and good moral values that led to his appalling conduct in this case.

Mr. Adi is extremely remorseful and is in constant heartache for the trauma and hurt he caused his daughter, son, and wife.  He shamed himself and his family in Syria and prays for forgiveness and healing.

While remorse over participating in a criminal act is a factor considered to a certain degree by the sentencing guidelines in USSG § 3E1.1(a) and (b), the same remorse is also a permissible factor for a below-guidelines sentence if it is present to an exceptional degree. *U.S. v. Fagan*, 162 F.3d 1280 (10th Cir., 1998). *See also U.S. v. Carter*, 122 F.3d 469 (7th Cir., 1997) (court found no error in the district court's ruling that, although the defendant's remorse had been recognized by the district court when his sentence was reduced for acceptance of responsibility, the district court could have departed further if it had found his remorse to be exceptional). Since the very inception of this case Mr. Adi has and will again during his formal allocution before this Court at the sentencing hearing, expressed extraordinary remorse and regret over his crime of violating his children. Based on this continued and consistent repentance over his actions, this Court should sentence Mr. Adi to a below guideline term of imprisonment.

**B.    To Afford Adequate Deterrence and to Protect the Public From Further Crimes by Mr. Adi [18 U.S.C. § 3553(a)(2)(B) & ( C)]**

Mr. Adi asks this Court to consider his request for a below guideline sentence, as sufficient to afford adequate deterrence and further protect the community from further crimes of Mr. Adi.  Prior to his arrest for the crime, Mr. Adi had no contact with law enforcement.  The public is protected with a non-guideline sentence in this instance.  Research has consistently shown that while the certainty of being caught and punished has a deterrent effect, the increase in punishment does very little to deter

an individual. *See Deterrence in Criminal Justice, Evaluating Certainty vs. Severity of Punishment*; Valerie Wright, Ph.D., (Nov. 2010).

The United States Department of Justice agrees with the conclusion that incarcerating defendants is not an effective means of deterrence. *See* U.S. Dept. of Justice, Nat'l Inst. Of Justice, *Five Things About Deterrence* (July 2014). In fact, the Department of Justice finds that increasing the severity of punishment does little to deter crime. *See Id.*

The need to protect the public from further crimes by Mr. Adi is a practical concern, and a sentence below the guidelines would still address that concern. Studies have shown that older offenders have a low risk of reoffending.   Mr. Adi is 49, and a sentence, even well below the advisory guidelines, would deter him by virtue of his age, yet still achieve the goal of punishment and incapacitation.   The goal of protecting the public is met with a non-guideline sentence where other rehabilitative measures (education and vocational counseling) are taken, and correctional treatment (mental health counseling) is given in the most effective manner.

Upon his release from prison, Mr. Adi will be deported to Syria and his punishment there, based on the cultural values, will be severe.  Mr. Adi will never be allowed to return to the United States, and he expects banishment and possible violence against him when he returns to Syria.  However, the most painful part of his behavior is the damage he did to his children and his wife – he simply cannot forgive himself.

**C.     To Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment for the Offense [18 U.S.C. §3553(a)(2)(A)]**

Mr. Adi in no way seeks to minimize the seriousness of his conduct.  He realizes that as a direct result of his actions he has destroyed relationships and traumatized his children.  His past conduct, unrelated to this offense, clearly demonstrates he has respect for the laws of the United States – he applied and was permitted to reside in the U.S. legally and has no criminal history.  Mr. Adi knows a significant sentence is warranted in this case, and his time in prison has been a harrowing, yet humbling experience.

For the most part of his life, Mr. Adi lived a hardworking, respectful life and provided for this family the best he could.  His punishment not only includes the years he will spend in prison, but also the loss of his family, his residence in the United States, and the respect from his family.  Although he has the support from his family in Syria (letters attached), he knows his reprehensible conduct will eventually lead to their abandonment and disgrace.

## CONCLUSION

It is unknown why Mr. Adi turned down this dark path in life.  Still, he regrets and is remorseful for his conduct, which is why he pleaded guilty and accepted responsibility for his actions.  Mr. Adi respectfully maintains that a sentence below the guidelines is significant and sufficient under the circumstances to satisfy all the reasonable sentencing considerations set forth in 18 U.S.C. § 3553.

Respectfully submitted this 25th day of July 2024.

A. Fitzgerald Hall, Esq.
Federal Defender
Middle District of Florida

By: */s/ Yvette C. Gray*
Yvette C. Gray, Esq.
Assistant Federal Defender
Arizona Bar No. 016516
2075 W. First Street, Suite 300
Fort Myers, FL 33901
Telephone No. 239-334-0397
Facsimile No. 239-334-4109
E-Mail: Yvette_Gray@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of July 2024, the foregoing was electronically filed with the Clerk of Court and a copy will be sent electronically to Diane S. Hu, Assistant United States Attorney.

*/s/ Yvette C. Gray*
Yvette C. Gray, Esq.
Assistant Federal Defender

Character Letters

My honorable lady judge,

May the peace, mercy, and blessings of God be upon you. From the mother of Muhamed Adi, I greet you from the heart of a mother who is over eighty years old. A heart that was in pain, and sorrow, and cried bitterly over the fate of her son when she realized that he was a prisoner. Oh God, the power of the days and the misery of the ages.. my son is a prisoner. I cannot believe it. He is the gentle little child. I cannot even think about that. He is still my little one who clings to his mother, for she is the safety, strength, and mercy that he resorts to whenever he is tired. He used to say his usual words, "Mama is heaven." I tell of my suffering, the pain in my heart, and my pain over this dark fate of Muhamed. He was a loving, diligent, and excellent boy in his studies. He loved the English language, so he joined the American School during his university studies, studied, and achieved first in his class, and was granted a certificate as an interpreter for the embassy. He could not join the embassy because he had traveled to Saudi Arabia to work for a better life to help us financially. He got married and had a beautiful daughter. Among his dreams was to travel to America to seek a decent living and he achieved his dream. He arrived in America and worked more than one job until he succeeded in a competition to get the job that matched his studies in a dental facility. Years passed while he was working and developing himself until one day he arrived home happily to announce to his wife that he had become the manager. But unfortunately, instead of becoming a manager, he became a prisoner and was arrested in front of his place. I cannot think of the painful end of my son as a prisoner. By God, my lady, just thinking that Muhamad is a prisoner makes my heart cry before my eyes. My lady, I ask for your mercy and compassion for him, for I am a mother who has become fed up with the world, my soul and my breath are suffocated. Please, I ask for your compassion so that I can see my son out of prison before I depart this life. I ask God to help him with all your strength, justice, and mercy. We are all human beings who may make mistakes, and I am sure that he realized his mistake and repented. Please help him as God helps us with forgiveness and mercy. I entrust him to God and to you with compassion and mercy. Many thanks and love to you.

**From:** Manar <manar.a.insyr@gmail.com>
**Sent:** Thursday, July 11, 2024 10:28 PM
**To:** Yvette Gray <Yvette_Gray@fd.org>
**Subject:** Muhammad Adi

EXTERNAL SENDER

Respected Mrs. Judge

Firstly, my name is Manar Adi, the older brother of Muhammad Al-Mufdi Adi. Everything I write to you and say about my brother Muhammad is the result of the deep love I have for him, the love of an older brother for a younger brother. Muhammad was a centre of the family, and my father loved him very much and enjoyed a lot of hanging out with him and talking to him. My brother was very happy until he was five years old, when my father was arrested, which caused him great psychological trauma. Muhammad became a child who remained silent, lost, and did not know how to express anything. His feelings. The family, headed by my mother, was his best helper, so every member of the family gave what he could and was able to do.

We all grew up, my brothers and I, and my mother was the captain who held the rudder of the family's path forward. Muhammad decided to go through stages and studied prosthodontics in order to enter the labour market directly and faster and to contribute to the family's expenses. During the period of his maturity and the formation of his personality, he was committed to the family, loving everyone and taking the initiative to help anyone. A member of the family, and I will never forget the amount of effort he put into preparing for my wedding and the help he provided. My brother Muhammad was one of my most beloved brothers, kind, courteous, loving, and conservative of human values.

When he decided to study prosthodontics, I told him: I respect your wish, and I support you, but my mind rejects what you are doing, knowing that he could have entered any branch of engineering. My children were very happy when he returned from Saudi Arabia. He encouraged and urged them to study and obtain higher degrees, even a doctorate. He had discussions with my daughter Sarah about what she wanted to be and what branch she would like to study and discussing the books they both agreed to read , while mohammed was going to or returning from work when he was in America. Yes, my brother is guilty, and he admitted it, but we will

not abandon him. He is a member of the family, and we are all waiting for him to serve his sentence, which I hope will be with the least possible sadness and pain for him and for us as a family.

Mrs. Judge. In conclusion, Our Lord God, His name is the Forgiving, and He forgives those who confess their sins and repents to those who confess their sins , your owner, I have full hope and confidence that your judgement will be compassionate and merciful to those who confess their sin and repent of it.

Gratefully

Your honor

My name is Manhal Adi, and I'm the second oldest son of Muammad's family. As Muhammad's older brother I would like to brief you about his life in a couple of lines.

In 1980 our father was arrested due to political reasons just when Muhammad turned 5 years old. As a little kid it was shaking and devastating to him, to us, and to the whole family. With this huge gap in his life, he started growing up and understanding his social environment and becoming a calm kid who's always achieving high grades while witnessing what the family was going through from the difficulties and the struggles of getting the basics of life.

He finished high school with excellent grades that allowed him to get into engineering schools but he decided to study a dentistry related school for 2 years and started working hoping for better a life for his family, shortly after it the incidences in our country made it even harder for all of us, leaving him with no option but to travel abroad.

He worked in Saudi Arabia for 15 years doing his best for the family, and years after he moved to the United States of America knowing he will find the life he always dreamt of, and he always kept supporting his family, however his life wasn't easy in the states.

My brother committed an unacceptable mistake on all aspects, his confession is the first step in returning to the right path. I can feel the pain he's living through.

Your honor, my brother and the whole family are asking you to look with an eye of forgiveness and compassion to a person who had lost everything in his life, a person you are his only hope.

Yours respectfully,

Manhal Adi

To the respected judge,

I am Lina Adi, Mohammed's cousin,  we are in the same age ، I want to talk about Mohammed for a bit , he's a person who loves the family , friendly, generous and always helps others ...... for me , I will never forget when i finished high school and then got married.

He encouraged me to continue to obtain a university  degree .

In fact ، He was the only one who supported me .

He encouraged me despite the many difficulties I was experiencing until I graduated.

He encouraged me and stood up with me to be successful and to achieve what I wanted.

When the family gathered, he would welcome everyone with a beautiful ,bright smile and not mention the great hospitality, and he would even cook himself.

He would not forget anyone from gifts .

I still keep the beautiful gifts  he gave me , except the chocolate, which I ate it quickly .

He called everyone of the family the check on them despite his distance and the time differences

He gave me a lot of advice. Even in many difficulties,  he helped me solve them and provided me with advice and solutions ..........

All the family misses him

To the honorable judge: I am Sarah Adi, a graduate of psychology. What can I say... I still can't believe what's happening. It's like a nightmare... I am Sarah, writing this letter to you with all love to my beloved uncle. I will never forget him, I will always remember him, and I miss him and talk to him so much...... In 2018, when I was in high school and the results were released... my results were not good, they were bad compared to the results of my relatives in the family. I was very frustrated, and I locked myself in the room for 6 hours, refusing to talk to anyone. My family was very worried about me. My uncle Muhammad called me and insisted on talking to me. He was my first supporter at this moment, and his words were: It does not matter what your score is. It is just numbers. What is important is what you will do with your life and be a successful person, that you believe in your ideas and passion, and that you do not have to become a doctor or an engineer.

The important thing is that you do what you love and study the branch that you love. You will remain Sarah, who is loved by everyone. He has noble values. He believed in my abilities. He talked to me for a long time, and here I discovered my love and passion for studying psychology. We used to talk a lot. The week that passes without him calling, we feel that something is wrong. He is a person who values family values and family communication. We discuss many ideas. And values, we talk about philosophical books and psychology books. He was one of my close people despite the distance. The things we have in common are reading and the love of reading books. We in the family also have a passion for reading. My grandfather was like that and my parents too, and how much I miss those discussions. The last time we talked was during my engagement party, and it was a great conversation.

Well.....There is exciting and exciting news and stories that I would like to tell you and tell you, uncle, but the most notable is that I passed the entrance exam for a master's degree in psychology, and as I promised you, I will complete graduate studies. I do not forget how Man encouraged me about the importance of knowledge and to broaden my horizons. He was always in touch with me, appreciated the feelings of others and respected everyone..... I still remember those days when he would return from Saudi Arabia bringing with him gifts, sweets and toys. He was very generous. I still remember when he returned he insisted. To see the whole family, and how young and sad we were that he would leave. The most difficult moments are the moments of farewell. A few days before he left, he held a very large barbecue party for us in the garden of my grandfather's house. Can you believe it was the most delicious burger I have ever tasted?!! It is true that I was young, but its taste was full of the warmth of family and feelings of sincere love.

I do not forget when he said to me, my cousins, my aunt, and the entire family: Please allow me to go away and travel now, I have a job in Saudi Arabia. We told him yes, the burger is very delicious But we were surprised that you would bring us toys, gifts and chocolates?? He always kept his promise No matter how many words I say, they are too few to express my love for him. When my first exam came at university, I was very worried and I sent him a message. I will never forget that day. I will conclude my speech with a message to you, my dear uncle: No matter who you are, no matter what you choose, no matter what you do or make mistakes in your life, I will always love you very much and I am proud that you are my uncle and I appreciate you very much. Please, Your Honor, my uncle is the lover of this family and an essential eraser of it as well. He is the savior in many circumstances and problems. I hope you take care of him and relieve my uncle (my godfather) I love you so much, Sarah

Honorable judge,

I am writing to provide a letter of recommendation for Muhamad in support of his character and integrity.

I have known Muhamad for 12+ years and during this time, I have found him to be a person of exemplary character. Muhamad consistently displays good manners in all his interactions. He is respectful, courteous, and always mindful of others' feelings and perspectives.

In terms of relationships, Muhamad has demonstrated an ability to foster and maintain good relationships with others, including friends and family . He communicates effectively, listens attentively, and handles conflicts with maturity and diplomacy.

Muhamad is fortunate to have a loving and supportive family who deeply cares for him. They stand by him unconditionally and are a source of strength and encouragement in his life. Their commitment to Joe's well-being is evident, and they will continue to provide him with the support he needs, especially during challenging times like this.

I hold the utmost respect for the honorable judge and the court's proceedings. It is with sincere reverence that I acknowledge the authority and integrity upheld by the court in administering justice. I deeply value the fairness and impartiality with which the court operates, and I am committed to fully cooperating with all legal processes. My respect for the judiciary and its decisions guides my actions and ensures my adherence to the principles of justice and equity.

In conclusion, I believe that Muhamad possesses the qualities of good character, respect for others, and a strong support system that will serve him well in all aspects of his life. I trust that this letter provides valuable insight into Muhamad's character and his standing within the community.


Sincerely,

Majd kaf al-gazelle